## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., <br><br> Plaintiffs, <br><br> v. <br><br> ANYDATA CORPORATION, <br><br> Defendant. | C.A. No. 1:19-cv-01140-MN-JLH |

## PLAINTIFFS' NOTICE OF WITHDRAWAL OF THEIR MOTION FOR ENTRY OF DEFAULT JUDGMENT (D.I. 15)

Pursuant to the Court's instruction during the telephonic motion hearing held before The Honorable Jennifer L. Hall on April 17, 2020, plaintiffs hereby withdraw Plaintiffs' Motion for Entry of Default Judgment Against AnyDATA Corporation (D.I. 15).

Dated:  April 20, 2020                 DEVLIN LAW FIRM LLC

                                       */s/ Timothy Devlin*
                                       Timothy Devlin (No. 4241)
                                       1526 Gilpin Avenue
                                       Wilmington, Delaware 19806
                                       Telephone: (302) 449-9010
                                       Facsimile: (302) 353-4251
                                       tdevlin@devlinlawfirm.com

                                       *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on April 20, 2020, the foregoing document was served upon the following unrepresented Defendant via Priority Mail:

>AnyDATA Corporation
>c/o its Registered Agent
>The Company Corporation
>251 Little Falls Drive
>Wilmington DE 19808

>*/s/ Timothy Devlin*
>Timothy Devlin (No. 4241)