IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SISVEL INTERNATIONAL S.A. and 3G LICENSING S.A., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 19-1140 (MN) ) |
| ANYDATA CORPORATION, | ) ) |
| Defendant. | ) |

### ORDER ADOPTING REPORT AND RECOMMENDATION

At Wilmington this 16th day of November 2021;

WHEREAS, on October 27, 2021, Magistrate Judge Hall issued a Report and Recommendation ("the Report") (D.I. 27) in this action, recommending that the Court grant-in-part and deny-in-part Plaintiffs' Renewed Motion for Entry of Default Judgment (D.I. 20); and

WHEREAS, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED.

Plaintiffs' Renewed Motion for Entry of Default Judgment (D.I. 20) is GRANTED-IN-PART and DENIED-IN-PART. Defendant has failed to appear to answer the allegations in the complaint or otherwise litigate this case even after given ample opportunity to do so and is found

liable for infringing Plaintiffs' asserted patents[1]. Therefore, Plaintiffs' request for default judgment is GRANTED. Plaintiffs' request for enhanced damages is DENIED.

The Clerk of Court is HEREBY DIRECTED to enter DEFAULT JUDGMENT in favor of Plaintiffs Sisvel International S.A. and 3G Licensing S.A. and against Defendant AnyData Corporation in the amount of $1,030,000.00.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge

---

[1] According to the Amended Complaint (D.I. 7), the twelve asserted patents are: U.S. Patent Nos. 6,529,561, 7,433,698, 8,364,196, 7,751,803, 7,894,443, 7,274,933, 7,460,868, 7,596,375, 8,275,374, 8,472,955, 8,948,756 and 8,879,503.